IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00436-WYD-MEH

JUANITA ADAME,

    Plaintiff,

v.

WAKEFIELD & ASSOCIATES, INC.,

    Defendant.

## ORDER

THIS MATTER comes before the Court on telephonic notice that the parties have settled the instant case.  Accordingly it is

ORDERED that the parties shall file a Stipulation of Dismissal on or before **December 21, 2012**.  It is

FURTHER ORDERED that all pending motions are DENIED AS MOOT.  It is

FURTHER ORDERED that this case is administratively CLOSED.

Dated:  November 14, 2012.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE