IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00436-WYD-MEH

JUANITA ADAME,

    Plaintiff,

v.

WAKEFIELD & ASSOCIATES, INC.,

    Defendant.

---

## ORDER

---

    THE COURT having reviewed the Parties' Stipulation of Dismissal with Prejudice [DE-16] and being fully advised in the premises, it is hereby

    ORDERED that this case is dismissed with prejudice and each party shall pay her or its own attorney's fees and costs.

    Dated:  December 18, 2012.

                                                       BY THE COURT:

                                                       s/ Wiley Y. Daniel
                                                       WILEY Y. DANIEL,
                                                       CHIEF UNITED STATES DISTRICT JUDGE